PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: 510-970-4864
      Facsimile: (415) 744-0134
      E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MELISSA JANE COLLINS COOPER,<br><br>       Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:22-cv-01140-SKO<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 12) |

      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file the certified administrative record (CAR), be extended thirty (30) days from December 6, 2022, up to and including January 5, 2023.  This is the parties' first stipulation for an extension of the Court's Scheduling Order.  Defendant requests this extension because in the process of reviewing the CAR, Defendant found an error necessitating an amendment to the CAR.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  December 2, 2022          /s/  *Young Chul Cho\**
                                 YOUNG CHUL CHO
                                 Attorney for Plaintiff
                                 *as authorized via e-mail on December 2, 2022

Dated: December 2, 2022          PHILLIP TALBERT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Office of Program Litigation, Office 7
                                 Social Security Administration

                        By:      /s/  *Mary Tsai*
                                 MARY TSAI
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant


## **ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 12), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension of time until

January 5, 2023, to file the certified administrative record.  All other deadlines set forth in the

Scheduling Order (Doc. 3) shall be extended accordingly.


IT IS SO ORDERED.

Dated:   **December 6, 2022**            */s/ Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE