Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Melissa Jane Collins Cooper

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA JANE COLLINS COOPER, <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:22-cv-01140-SKO <br><br> ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 <br><br> (Doc. 18) |

TO THE HONORABLE SHEILA OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Melissa Jane Collins Cooper be awarded attorney fees and expenses in the amount of one thousand three hundred dollars ($1,300.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents

1  compensation for all legal services rendered on behalf of Plaintiff by counsel in
2  connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).
3        After the Court issues an order for EAJA fees to Cooper, the government
4  will consider the matter of Cooper's assignment of EAJA fees to Young Cho.  The
5  retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to
6  *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment
7  will depend on whether the fees are subject to any offset allowed under the United
8  States Department of the Treasury's Offset Program.  After the order for EAJA fees
9  is entered, the government will determine whether they are subject to any offset.
10        Fees shall be made payable to Cooper, but if the Department of the Treasury
11  determines that Cooper does not owe a federal debt, then the government shall
12  cause the payment of fees, expenses and costs to be made directly to Law Offices
13  of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by
14  Cooper.[1]  Any payments made shall be delivered to Young Cho.
15        This stipulation constitutes a compromise settlement of Melissa Jane
16  Collins Cooper's request for EAJA attorney fees, and does not constitute an
17  admission of liability on the part of Defendant under the EAJA or
18  otherwise.  Payment of the agreed amount shall constitute a complete release from,
19  and bar to, any and all claims that Cooper and/or Young Cho including Law
20  Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney
21  fees in connection with this action.
22        This award is without prejudice to the rights of Young Cho and/or the Law
23  Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney
24
25  [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien
26  under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: March 7, 2023                Respectfully submitted,

                                              LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                /s/ *Young Cho*
                BY: _____
                                Young Cho
                                Attorney for plaintiff Melissa Jane Collins Cooper

DATE: March 7, 2023                PHILLIP A. TALBERT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Associate General Counsel
                                     Office of Program Litigation, Office 7
                                     Social Security Administration

                                     /s/ *Mary Tsai*
                                     _____
                                     MARY TSAI
                                     Special Assistant United States Attorney

                                     Attorneys for Defendant KILOLO KIJAKAZI,
                                     Acting Commissioner of Social Security
                                     (Per e-mail authorization)

## ORDER

Based upon the foregoing Stipulation and Unopposed Motion for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Doc. 18),

IT IS ORDERED that fees and expenses in the amount of $1,300.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation and Unopposed Motion.

IT IS SO ORDERED.

Dated: __**March 8, 2023**__                              __/s/ *Sheila K. Oberto*__
                                                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26